**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RICHARD CRAIG KESSER,
　　　　　*Petitioner-Appellant,*

　　　　　v.

STEVEN J. CAMBRA, JR., Warden,
　　　　　*Respondent-Appellee.*

No. 02-15475

D.C. No.
CV-96-03452-PJH

JENNIFER GAYLE LEAHY,
　　　　　*Petitioner-Appellant,*

　　　　　v.

TEENA FARMON, Warden,
　　　　　*Respondent-Appellee.*

No. 01-17467

D.C. No.
CV-97-01407-PJH

ORDER

Filed October 14, 2005

Before: Mary M. Schroeder, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion in *Kesser v. Cambra*, No. 02-15475, shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

14343

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.